IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00502-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KRIS SMITH,

    Defendant.

---

## ORDER DIRECTING GOVERNMENT RESPONSE
---

    This matter is before the Court on Defendant's Motion for Bill of Particulars (Dkt. # 12) and Defendant's Motion for Sanctions for Failure to Disclose (Dkt. # 14). The government is DIRECTED to respond to these motions no later than **5:00 p.m. January 3, 2006.**

    DATED: December 22, 2005

                                                                   BY THE COURT:

                                                                   *s/ Phillip S. Figa*

                                                                   _____
                                                                   Phillip S. Figa
                                                                   United States District Judge