IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00502-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KRIS SMITH,

    Defendant.

---

## ORDER TO SET MOTIONS HEARING

---

This matter is before the Court on Defendant's Motion for Bill of Particulars (Dkt. # 12) and Defendant's Motion for Sanctions for Failure to Disclose (Dkt. # 14). It is hereby ORDERED that a hearing on these motions is set for **January 12, 2006 at 9:30 a.m.**  Defendants need not be present at this hearing.

If the defendant wishes to attend the hearing, defense counsel shall advise the Court by calling chambers (303-335-2174) by 5:00 p.m. Monday, January 9, 2006

    DATED: December 22, 2005

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge