IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00502-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KRIS SMITH,

    Defendant.

---

### ORDER TO RESET MOTIONS HEARING

---

This matter is before the Court *sua sponte*. The motions hearing set for January 12, 2006 at 9:30 a.m. is RESET to **Wednesday, January 11, 2006 at 4:00 p.m.**

    DATED: January 10, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge