IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00502-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KRIS SMITH,

    Defendant.

---

## ORDER GRANTING MOTION TO DISCLOSE MATERIAL

---

This matter is before the Court on defendant's Motion for Disclosure of Grand Jury Testimony (Dkt. # 35).  The motion is hereby GRANTED.

DATED: January 23, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge