IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00502-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KRIS SMITH,

      Defendant.

---

## ORDER TO CONTINUE TRIAL

---

      The parties' Joint Motion to Continue Trial (Dkt. # 51) is GRANTED.  The final trial preparation conference set for April 3, 2006 is RESET to **May 1, 2006 at 9:00 a.m.**, and the four-day jury trial set to commence April 17, 2006 is CONTINUED to **Tuesday, May 16, 2006 at 9:00 a.m.**

      DATED: March 8, 2006

                        BY THE COURT:

                        *s/ Phillip S. Figa*

                        _____

                        Phillip S. Figa
                        United States District Judge