IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00502-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KRIS SMITH,

    Defendant.
_____

**ORDER**
_____

    Defendant's Motion to Vacate Trial Date and Waiver of Speedy Trial **(Dkt. # 56)** is GRANTED.  It is therefore

    ORDERED that the final trial preparation conference set for May 1, 2006, at 9:00 a.m. and trial set for May 16, 2006 at 9:00 a.m. are VACATED.  It is

    FURTHER ORDERED that a status conference is set for **May 16, 2006, at 9:00 a.m.**  If any counsel or the defendant wish to appear telephonically, they are directed to coordinate in setting up a conference call and shall call chambers (303-335-2174) **no later than 8:55 a.m. (MDST) on May 16, 2006**.  The parties are directed to use a **land line – no cellular, cordless or speaker phone should be used.**

    DATED April 27, 2006.

                            BY THE COURT:

                            *s: Phillip S. Figa*
                            Phillip S. Figa
                            United States District Judge