IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00502-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KRIS SMITH,

    Defendant.
_____

### ORDER
_____

This matter is before the Court on Defendant's Motion for Permission to Travel Out of State (Dkt. # 93). It is

ORDERED that the Government and the Probation Department shall respond to the defendant's motion on or before **Friday, August 18, 2006, 12:00 p.m.**

DATED: August 16, 2006.

                BY THE COURT:

                *s/ Phillip S. Figa*

                _____
                Phillip S. Figa
                United States District Judge