IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00502-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KRIS SMITH,

    Defendant.

## ORDER TO CONTINUE SENTENCING

At the request of the Probation Department, by memorandum dated September 21, 2006, the Court ORDERS that the sentencing hearing in this matter currently set for October 30, 2006 is CONTINUED to **Wednesday, December 20, 2006 at 9:00 a.m.**

    DATED:  September 21, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge