IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00502-F

UNITED STATES OF AMERICA,

 Plaintiff,

v.

KRIS SMITH,

 Defendant.

## ORDER TO RESET SENTENCING

 This matter is before the Court *sua sponte*. Because of a scheduling conflict on the Court's docket, it is hereby ORDERED that the sentencing for Defendant Kris Smith currently set for December 20, 2006 at 2:00 p.m. is CONTINUED. Counsel are directed to confer and call Chambers (303-335-2174) <u>no later than November 13, 2006</u> to reset this sentencing.

 DATED: October 30, 2006

                BY THE COURT:

                *s/ Phillip S. Figa*
                _____
                Phillip S. Figa
                United States District Judge