IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00502-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KRIS SMITH,

    Defendant.

---

**ORDER RESETTING SENTENCING**

---

Pursuant to a telephone conference between both counsel and Chambers staff, the sentencing in this matter currently set for December 20, 2006 is RESET to **Tuesday, January 23, 2007 at 12:30 p.m.**

    DATED:  November 9, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge