IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00502-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KRIS SMITH,

    Defendant.

## ORDER RE MOTION FOR NEW TRIAL

This matter is before the Court on Defendant Kris Smith's Motion for New Trial (Dkt. # 118), the Government's response (Dkt. # 119) and the defendant's reply (Dkt. # 120).  A sentencing hearing has been set in this matter for January 23, 2007 at 12:30 p.m.  It is hereby

ORDERED that the Court will hear argument on the Motion for New Trial at that time and will determine, following argument, whether or not the sentencing should go forward as scheduled.

    DATED:  January 18, 2007

                                                  BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge