**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes
Court Reporter: Darlene Martinez
Probation Officer: Doug Phillips

Date: January 23, 2007

Criminal Action No.  05-cr-00502-PSF

*Parties:*

*Counsel:*

UNITED STATES OF AMERICA,

Larry Wszalek

    Plaintiff,

v.

KRIS SMITH,

Bill Cohan
Greg Mueller

    Defendant.

_____

**SENTENCING MINUTES**
_____

**12:40 p.m.     Court in session.**

Defendant present on bond.

Also present: IRS Special Agent Michelle Hagemann.

Defendant found guilty by a jury of 12 on Counts One, Two, Three, and Four of the Superseding Indictment on August 4, 2006.

**ORDER:**     Defendant Kris Smith's Motion for New Trial **(118)** is **denied.**

**1:29 p.m.     Court in recess.**
**1:38 p.m.     Court in session.**

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**2:13 p.m.    Court in recess.**
**2:36 p.m.    Court in session.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Counts One, Two, and Three to a term of imprisonment of **28 months** per count, such terms to be served concurrently.

Defendant is sentenced as to Count Four to a term of imprisonment of **12 months**, such term to be served concurrently to the sentences imposed on Counts One, Two, and Three.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **one year.**

**Conditions of supervised release:**
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall not illegally possess controlled substances.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X)   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.

**Special conditions of supervised release:**
- (X)   Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
Defendant shall pay restitution in the amount of $186,953.00

Payable to:

Internal Revenue Service
Attn: MPU, Stop 151 (Restitution)
P.O. Box 47-421
Doraville, Georgia 30362

Restitution to be paid in full within 12 months of today's date.

Restitution shall be made payable to the Court for disbursement to the victim.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $325.00, due immediately.

Defendant is advised of the right to appeal.

**ORDER:**   Defendant shall surrender herself within 30 days of an affirmance of her appeal or the expiration date of filing a timely notice of appeal.

**3:11 p.m.    Court in recess/hearing concluded.**

Total in-court time: 1:59