IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Case No. 05-cr-00502-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

KRIS SMITH,

    Defendant.

_____

**ORDER**

_____

In accordance with the Stipulation Regarding Restitution filed by the parties February 20, 2008 (doc. no. 164), the United States Probation Department is directed to prepare an amended judgment.

DATED at Denver, Colorado, on February 25, 2008.

                      BY THE COURT:

                      s/ Walker D. Miller
                      United States District Judge