IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 08-cv-01721-WDM
(Criminal Action No. 05-cr-00502-WDM-1)

UNITED STATES OF AMERICA,

v.

KRIS SMITH,

    Movant.

## ORDER

    After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

    ORDERED that the United States Attorney on or before September 19, 2008 , shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

    Dated: August 19, 2008

                                                  BY THE COURT:

                                                  _____
                                                  WALKER D. MILLER
                                                  United States District Judge