IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Criminal Action No. 05-cr-00502-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KRIS SMITH,

    Defendant.

---

**ORDER**

---

This matter is before me on the Defendant's Motion for Immediate Release on Bond pending the determination of her Motion under 28 U.S.C. § 2255 to set aside her sentence. The basis for Defendant's motion is ineffective assistance of counsel. After consideration of the pleadings, declarations, exhibits and testimony, I conclude that the motion should be granted for the reasons stated on the record as well as Defendant's defense counsel's declaration that "his oversight and errors . . . rise to the level of ineffective assistance of counsel" and that his failures "cause a grave injustice" to the Defendant. (Exhibit 5).

Although no statute, including the Bail Reform Act, specifically permits granting release on bond pending determination of a Section 2255 motion, it has long been recognized in this Circuit that I have inherent power to do so. *Pfaff v. Wells*, 648 F.2d 689, 693 (10th Cir. 1981). The basis for such relief is either the "showing of exceptional

circumstances" or "demonstration of a clear case on the merits of the habeas petition." *Id.*

The parties stipulate that the Defendant is not a flight risk and, as indicated in my ruling, I conclude that the Defendant has clearly demonstrated that there is merit to her habeas motion. To the extent that the decision should be made on the basis of the Bail Reform Act, because the Court of Appeals did not reach the ineffective assistance of counsel issue in dismissing Defendant's appeal, her position may be considered as a defendant pending appeal pursuant to 18 U.S.C. § 3143(b)(1)(B). I conclude that the appeal is not for purposes of delay and raises a substantial question of law and fact which could well lead to relief under 28 U.S.C. § 2255.

It is therefore ordered that the Defendant be released on bond upon the same conditions as her pretrial bond issued on December 7, 2005, a copy of which is attached hereto as Exhibit A.

DATED at Denver, Colorado, on October 9, 2008.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

2

♦AO 98   (Rev. 12/03) Appearance Bond

# UNITED STATES DISTRICT COURT

District of _____ _____

UNITED STATES OF AMERICA
V.

**APPEARANCE BOND**

_Kris Smith_
Defendant

Case Number: _05-CR-502-F_

☑ Non-surety: I, the undersigned defendant acknowledge that I and my ...
☐ Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _Personal recog._ , and there has been deposited in the Registry of the Court the sum of
$ _0_ in cash or _0_ (describe other security.)

The conditions of this bond are that the defendant _Kris Smith_
(Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on _____ at _____
                          Date                    Place

Defendant X _[signature]_

Surety _____

Surety _____

Signed and acknowledged before me   _December 7, 2005_
                                          Date

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
Judge/Clerk

Approved _[signature]_

AO 199B    (Rev. 5/99) Additional Conditions of Release                                                                Page  2  of  3

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community,
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or organization) _____
(Address) _____
(City and state) _____  (Tel. No.) _____
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____     _____
                    Custodian or Proxy                                              Date

(✓) (7) The defendant shall:
 (✓)(a) report to the  supervising officer as directed ,
          telephone number _____, not later than _____.
 ( )(b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
 ( )(c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described
 ( )(d) execute a bail bond with solvent sureties in the amount of $ _____.
 ( )(e) maintain or actively seek employment.
 ( )(f) maintain or commence an education program.
 (✓)(g) surrender any passport to:  Clerk's office U.S. District Court
 (✓)(h) obtain no passport.
 (✓)(i) abide by the following restrictions on personal association, place of abode, or travel:
         the State of Colorado unless defendant obtains prior permission from the Court
 (✓)(j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:  Family members excluded, as well as current clients.
 ( )(k) undergo medical or psychiatric treatment and/or remain in an institution as follows:
 ( )(l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):
 ( )(m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
 ( )(n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
 ( )(o) refrain from ( ) any ( ) excessive use of alcohol.
 ( )(p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
 ( )(q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
 ( )(r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
 ( )(s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
 ( )(t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
    ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
    ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
    ( ) (iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
 ( )(u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
 (✓)(v) shall not act as an informant for any law-enforcement agency without prior permission from the Court.

 (✓)(w) payment of treatment and/or urinalysis deemed appropriate by the supervising officer.

 ( )(x)

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICES    U.S. ATTORNEY    U.S. MARSHAL

AO 199C    (Rev.12/03) Advice of Penalties ...                                                                              Page_____ of_____ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

## Directions to United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: _December 7, 2005_                                   _____
                                                                              Signature of Judge
                                                                              MICHAEL J. WATANABE
                                                                              U.S. MAGISTRATE JUDGE
                                                                              Name and Title of Judge

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL