IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00502-WDM-01

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

KRIS SMITH,

  Defendant.

---

### ORDER EXTENDING VOLUNTARY SURRENDER DATE

---

  This matter is before the Court upon the Defendant's Motion to Continue Self-Surrender Date. Accordingly, it is

  ORDERED that the Defendant's motion is granted. The Defendant shall report to the Warden, FCI Victorville, Adelanto, California, on October 12, 2011, by 12 noon, and will travel at her own expense. It is

  FURTHER ORDERED that there will be no further extensions on time for the Defendant to surrender.

  DATED at Denver, Colorado, this 14th day of September, 2011.

        BY THE COURT:

        _____
        MICHAEL E. HEGARTY
        United States Magistrate Judge